UNITED STATES COURT OF INTERNATIONAL TRADE   FORM  1

| | |
|---|---|
| Powin Energy Corp.<br><br>                                  **Plaintiff,**<br><br>v.<br><br>UNITED STATES,<br>                                  **Defendant.** | **S U M M O N S**<br><br>Court No.  23-00092 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2704 - Los Angeles | Center (if known): | CEE010 - Machinery |
| Protest Number: | 270422160717 | Date Protest Filed: | June 8, 2022 |
| Importer: | Powin Energy Corp. | Date Protest Denied: | November 10, 2022 |
| Category of Merchandise: | Machinery | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attachment A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Leah N. Scarpelli
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
202.715.8403
leah.scarpelli@afslaw.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The Chinese-origin battery cells that are used to produce the Powin Stacks are not substantially transformed as a result of the assembly performed in Taiwan, and the country of origin of the Powin Stacks is China. The protest claimed origin Taiwan.

The issue which was common to all such denied protests:

Powin declared the country of origin of the Powin Stacks to be Taiwan. U.S. Customs and Border Protection ("CBP"), however, liquidated the entries as Chinese origin.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Leah N. Scarpelli
_____
*Signature of Plaintiff's Attorney*

05/05/2023
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

# ATTACHMENT A
# ENTRIES INVOLVED IN PROTEST

Attachment A - Entries Involved in Protest

| Entry Summary Number | Entry Date | Liquidation Date |
|---|---|---|
| MK855993517 | 05/13/2021 | 12/10/2021 |
| MK856007374 | 05/18/2021 | 12/10/2021 |
| MK856032810 | 05/22/2021 | 12/10/2021 |
| MK856032877 | 05/22/2021 | 12/10/2021 |
| MK856032885 | 05/22/2021 | 12/10/2021 |
| MK856047800 | 05/18/2021 | 12/10/2021 |
| MK856056637 | 06/10/2021 | 12/10/2021 |
| MK856056660 | 06/10/2021 | 12/10/2021 |
| MK856095759 | 06/15/2021 | 12/10/2021 |
| MK856116639 | 06/15/2021 | 12/10/2021 |
| MK856142072 | 06/22/2021 | 12/10/2021 |
| MK856158045 | 06/30/2021 | 12/10/2021 |
| MK856161825 | 07/23/2021 | 12/10/2021 |
| MK856172152 | 07/07/2021 | 12/10/2021 |
| MK856200094 | 07/20/2021 | 12/10/2021 |
| MK856200102 | 07/13/2021 | 12/10/2021 |
| MK856221306 | 07/19/2021 | 12/10/2021 |
| MK856254943 | 08/02/2021 | 12/10/2021 |
| MK856254984 | 08/13/2021 | 12/10/2021 |
| MK856379377 | 09/18/2021 | 12/10/2021 |
| MK856379484 | 09/18/2021 | 12/10/2021 |
| MK855391142 | 09/02/2020 | 12/17/2021 |
| MK855443414 | 09/30/2020 | 12/17/2021 |
| MK855465870 | 10/05/2020 | 12/17/2021 |
| MK855466068 | 10/05/2020 | 12/17/2021 |
| MK855514008 | 10/24/2020 | 12/17/2021 |
| MK855525244 | 10/23/2020 | 12/17/2021 |
| MK855548337 | 11/01/2020 | 12/17/2021 |
| MK855564946 | 11/05/2020 | 12/17/2021 |
| MK855600492 | 11/17/2020 | 12/17/2021 |
| MK855619864 | 12/09/2020 | 12/17/2021 |
| MK855619898 | 11/23/2020 | 12/17/2021 |
| MK855668952 | 12/10/2020 | 12/17/2021 |
| MK855671428 | 12/17/2020 | 12/17/2021 |
| MK855685998 | 12/22/2020 | 12/17/2021 |
| MK855702785 | 12/30/2020 | 12/17/2021 |
| MK855702801 | 12/30/2020 | 12/17/2021 |
| MK855722379 | 01/12/2021 | 12/17/2021 |
| MK855939320 | 04/29/2021 | 12/17/2021 |
| MK856200110 | 07/10/2021 | 12/17/2021 |
| MK856200219 | 07/19/2021 | 12/17/2021 |
| MK856254737 | 09/20/2021 | 12/17/2021 |
| MK856254745 | 08/06/2021 | 12/17/2021 |
| MK856255015 | 08/13/2021 | 12/17/2021 |

Attachment A - Entries Involved in Protest

| Entry Summary Number | Entry Date | Liquidation Date |
|---|---|---|
| MK856255049 | 08/13/2021 | 12/17/2021 |
| MK856255114 | 08/13/2021 | 12/17/2021 |
| MK856255122 | 08/06/2021 | 12/17/2021 |
| MK856301975 | 10/01/2021 | 12/17/2021 |
| MK856302031 | 08/21/2021 | 12/17/2021 |
| MK856395316 | 09/19/2021 | 12/17/2021 |
| MK855770725 | 02/13/2021 | 12/24/2021 |
| MK856267234 | 07/31/2021 | 12/24/2021 |